IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARA PALLADINO and ISABELLE BARKER,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania, and his successors in office; and KATHLEEN KANE, in her official capacity as Attorney General of Pennsylvania, and her successors in office<br><br>Defendants. | Civil Action<br><br>No. 13-cv-05641-MAM |

## STIPULATION OF EXTENSION OF TIME

It is hereby stipulated and agreed by the parties, through undersigned counsel, that Defendant Thomas W. Corbett and Defendant Kathleen Kane have an extension of time, up to and including November 25, 2013, to answer, plead or otherwise respond to the Complaint. No such prior extension has been granted.

**Counsel for Plaintiffs**

_____
Michael L. Banks, Esquire
Eric Kraeutler, Esquire
Morgan Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921

**Counsel for Defendant Governor Thomas W. Corbett**

_____
William H. Lamb, Esquire
Lamb McErlane PC
24 East Market St.
P.O. Box 565
West Chester, PA 19381

Counsel for Defendant
Kathleen Kane

*[signature]*

M. Abbegael Giunta, Esquire
Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120
Counsel for Defendant Kane

APPROVED BY THE CLERK:

_____