```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CARA PALLADINO, et al.        :       CIVIL ACTION
                              :
        v.                    :
                              :
THOMAS W. CORBETT, et al.     :       NO. 13-5641
```

SCHEDULING ORDER

AND NOW, this 1st day of November, 2013, following a Rule 16 status conference with counsel in the above-captioned case, IT IS HEREBY ORDERED that:

1. The defendants shall answer, plead, or otherwise respond to the Complaint by November 25, 2013.

2. The plaintiffs shall file any opposition to the defendants' motions and any cross-motion for summary judgment on or before December 20, 2013.

3. Deadlines for responses to and replies in support of the above-referenced motions are set forth in this Court's Policies and Procedures.  Extensions to these deadlines may be requested by letter faxed to the Court and cc'd to all parties.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.