IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CARA PALLADINO, et al.          :      CIVIL ACTION
                                :
          v.                    :
                                :
THOMAS W. CORBETT, et al.       :      NO. 13-5641


CERTIFICATION
PURSUANT TO 28 U.S.C. § 2403

        AND NOW, this 1st day of November, 2013, pursuant to

28 U.S.C. § 2403(a), this Court hereby CERTIFIES to the Attorney

General of the United States that the constitutionality of an

Act of Congress affecting the public interest, Section 2 of the

Defense of Marriage Act ("DOMA"), 28 U.S.C. § 1738C, is called

into question by the above-captioned case, to which neither the

United States, nor any agency, officer or employee of the United

States, is a party.

                                BY THE COURT:



                                /s/ Mary A. McLaughlin
                                MARY A. McLAUGHLIN, J.