```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CARA PALLADINO, et al.         :    CIVIL ACTION
                               :
        v.                     :
                               :
THOMAS W. CORBETT, et al.      :    NO. 13-5641
```

ORDER

AND NOW, this 8th day of January, 2014, upon consideration of the United States' Acknowledgment of Constitutional Challenge and Request for Extension of Time (Docket No. 24), to which no opposition has been filed by the parties, IT IS HEREBY ORDERED that the request is GRANTED and the United States may intervene in this action on or before March 14, 2014.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```