

# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

Cara Palladino, Isabelle Barker  
plaintiffs,

v.

Thomas W. Corbett, et al;  
Kathleen Kane,  
defendants

Civil Action

No. 2:13-cv-05641-MAM

FILED  
FEB 15 2014  
MICHAEL E. KUNZ, Clerk  
By _____ Dep. Clerk

### JURY DEMAND

   Potential intervenors, the applicants for intervention James Schneller and Philadelphia Metro Task Force, pursuant to F.R.C.P. 38, request a jury trial with respect to trial on the plaintiffs' complaint, in the event that the application to intervene is granted.

   Potential intervenors request jury trial on their application to intervene, in the event that hearings on the two proceedings are consolidated, and for any issues that the Court deems appropriate, and/or if hearing is consolidated with the matter of motion for summary judgment.

   Potential intervenors deny plaintiffs' claim that potential intervenors' claims are conclusions of law.   In addition, potential intervenors' claims are issues of fact directly affronting to plaintiffs' motion for summary judgment.

WHEREFORE, potential intervenors respectfully demand a jury, including on their application to intervene, and in the event that hearings on matters are consolidated, and as otherwise deemed just and proper.

_James Schneller_  
James Schneller                              pro se  
Philadelphia Metro Task Force  
430 E. Lancaster Avenue #E25  
Saint Davids, PA 19087         610-688-9471

Date: February 14, 2014

1

## THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

Cara Palladino, Isabelle Barker
plaintiffs,

v.

Thomas W. Corbett, in his official

capacity as Governor of Pennsylvania, et al
defendants

Civil Action
No. 2:13-cv-05641-MAM

### CERTIFICATE OF SERVICE

      I, James Schneller, hereby certify that I served a true and correct copy of the jury demand, upon the parties, by USPS 1st Class mail, as follows:

William H. Lamb Esquire
Lamb McErlane P.C.
P.O. Box 565
West Chester, PA 19381-0565

Mary Abbegael Giunta Esquire
Pennsylvania Office of the Attorney General
Strawberry Square   15th Floor
Harrisburg, PA 17120

Benjamin L. Jerner Esquire
Jerner & Palmer PC
5401 Wissahickon Avenue
Philadelphia, Pa 19144

Eric Kraeutler Esquire
Morgan Lewis Bockius LLP
1701 Market St
Philadelphia, Pa 19103-2921

*James D. Schneller*
James D. Schneller          pro se

Date: February 14, 2014