```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CARA PALLADINO, et al.         :      CIVIL ACTION
                               :
        v.                     :
                               :
THOMAS W. CORBETT, et al.      :      NO. 13-5641
```

ORDER

AND NOW, this 3rd day of March, 2014, upon consideration of the Application for Leave to Intervene (Docket No. 29), filed by James D. Schneller and the Philadelphia Metro Task Force, and the response filed by the plaintiffs (Docket No. 30), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the application is DENIED.

IT IS FURTHER ORDERED that, in light of the above denial of the application to intervene, Schneller's Motion for Leave to Register as an ECF User (Docket No. 31) and Motion for More Definite Statement of, or to Strike, Response to Application to Intervene and Letter with Opinion Attached (Docket No. 37) are DENIED AS MOOT.

Schneller and the Philadelphia Metro Task Force have also requested a jury trial on the application to intervene and on the plaintiffs' complaint (Docket No. 36), as well as a

hearing or oral argument on the application to intervene.  Those requests are accordingly denied.

                              BY THE COURT:

                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.

2