```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CARA PALLADINO, et al.        :        CIVIL ACTION
                              :
         v.                   :
                              :
THOMAS W. CORBETT, et al.     :        NO. 13-5641
```

                                ORDER

   AND NOW, this 14th day of March, 2014, IT IS HEREBY ORDERED that oral argument on the pending motions to dismiss (Docket Nos. 20, 21) and motion for summary judgment (Docket No. 26) is scheduled for May 28, 2014, at 10:00 A.M., Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

              BY THE COURT:


              /s/ Mary A. McLaughlin
              MARY A. McLAUGHLIN, J.