```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CARA PALLADINO, et al.          :        CIVIL ACTION
                                :
         v.                     :
                                :
THOMAS W. CORBETT, et al.       :        NO. 13-5641
```

ORDER

AND NOW, this 24th day of April, 2014, upon consideration of the Motion for Stay Pending Action on Motion to File Amended Application to Intervene (Docket No. 58), filed by James D. Schneller and the Philadelphia Metro Task Force (together, "movants"), IT IS HEREBY ORDERED that the motion is DENIED AS MOOT.  The movants request a stay of this case pending action by the Court on the movants' motion for leave to file an amended application to intervene, filed on April 15 (Docket No. 52).  The Court has already denied that motion (Docket No. 53).  Accordingly, the Court declines to stay the case.  The Court takes no position on whether a stay is warranted pending appeal of any of its orders because the movants have filed no such appeal.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```