IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARA PALLADINO, et al.          :          CIVIL ACTION
                                :
         v.                     :
                                :
THOMAS W. CORBETT, et al.       :          NO. 13-5641

ORDER

AND NOW, this 19th day of May, 2014, upon consideration of the Motion for Stay Pending Appeal, dated May 15, 2014, filed by James D. Schneller and the Philadelphia Metro Task Force (together, "movants"), IT IS HEREBY ORDERED that the motion is DENIED.  The Court has already denied substantially similar motions to stay that were filed on April 24, 2014 (Docket Nos. 58, 59), and on May 12, 2014 (Docket Nos. 61, 63). The movants now request a stay pending appeal of the denial of their application to intervene.

In assessing whether to grant a stay pending appeal, the Court must examine the following four factors:  (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. Republic of Phil. v. Westinghouse Elec. Corp., 949 F.2d 653, 658

(3d Cir. 1991).  The Court concludes that these factors weigh against granting a stay.  The Court is not convinced, by the movants' many motions, that there are errors of fact or law in the Court's decision denying the movants' application to intervene that would show a likelihood of success on the merits. Furthermore, the parties in this case would be injured by delaying resolution of this case until the resolution of an appeal; briefing is complete on the outstanding motions, the Court has already conducted oral argument, and those pending motions are ready for decision.  The Court denies the movants' request for a stay pending appeal.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.

2