IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARA PALLADINO, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS W. CORBETT, et al. | : | NO. 13-5641 |

ORDER

AND NOW, this 22nd day of May, 2014, whereas the court in Whitewood v. Wolf, No. 13-1861, 2014 WL 2058105 (M.D. Pa. May 20, 2014), held that 23 Pa. Cons. Stat. § 1704 is unconstitutional under both the Due Process and Equal Protection Clauses of the Fourteenth Amendment and issued a permanent injunction against the defendants in that case from enforcing the statute; and whereas Governor Corbett issued a statement on May 21, 2014, that the Whitewood decision would not be appealed; and whereas "a request for a declaratory judgment that a statutory provision is invalid is moot if the provision has been substantially amended or repealed," Nextel Partners Inc. v. Kingston Twp., 286 F.3d 687, 693 (3d Cir. 2002), IT IS HEREBY ORDERED that, on or before May 29, 2014, the plaintiffs shall show cause why their case should not be dismissed as moot.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.