
## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARA PALLADINO and ISABELLE BARKER,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS W. CORBETT, in his official capacity as Governor of Pennsylvania, and his successors in office; and KATHLEEN KANE, in her official capacity as Attorney General of Pennsylvania, and her successors in office,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:13-cv-05641-MAM |

### STIPULATED ORDER OF VOLUNTARY DISMISSAL

In light of the May 20, 2014 Memorandum Opinion and Order entered in *Whitewood v. Wolf*, No. 1:13-cv-1861, 2014 U.S. Dist. LEXIS 68771 (M.D. Pa. May 20, 2014), declaring (*inter alia*) that 23 Pa.C.S. § 1704 violates the Fourteenth Amendment to the United States Constitution, and permanently enjoining the enforcement thereof, the parties have stipulated and moved to dismiss this action by court order under Fed. R. Civ. P. 41(a)(2).

Under the decision in *Whitewood v. Wolf*, the marriage of Plaintiffs Cara Palladino and Isabelle Barker, which was entered into under the laws of the Commonwealth of Massachusetts (as evidenced by a marriage certificate dated February 11, 2005), shall in all respects be deemed valid and recognized for all purposes under the laws of the Commonwealth of Pennsylvania. Accordingly, Defendants agree that they will take no steps to deprive Plaintiffs of the benefits accorded by the validity and recognition of their marriage under Pennsylvania law.

Therefore, consistent with the parties' stipulation and this Order, the above-captioned action is hereby DISMISSED. As agreed by the parties, all parties shall bear their own costs and expenses, including attorneys' fees.

**Counsel for Plaintiffs**

*s/ Michael L. Banks*
Michael L. Banks (Pa. Bar I.D. No. 35052)
Eric Kraeutler (Pa. Bar I.D. No. 32189)
Joseph B.G. Fay (Pa I.D. No. 33480)
Vanessa R. Brown (Pa. Bar I.D. No. 315115)
Elisa P. McEnroe (Pa. Bar I.D. No. 206143)
William O. Mandycz (admitted pro hac vice)
Jane Manchisi (Pa. Bar I.D. No. 309085)
Jonathan D. Wall (Pa. Bar I.D. No. 316692)
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

**Counsel for Defendant
Attorney General Kathleen Kane**

*s/ M. Abbegael Giunta*
M. Abbegael Giunta (Pa. Bar I.D. No. 94059)
Deputy Attorney General
Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120

**Counsel for Defendant
Governor Thomas W. Corbett**

*s/ Joel L. Frank*
William H. Lamb (Pa. Bar I.D. No. 04927)
Joel L. Frank (Pa. Bar I.D. No. 46601)
Maureen M. McBride (Pa. Bar I.D. No. 57668)
Lamb McErlane PC
24 East Market St.
P.O. Box 565
West Chester, PA 19381

BY THE COURT:

MARY A. McLAUGHLIN, J.