BLD-384

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

No. 14-2766

CARA PALLADINO; ISABELLE BARKER

v.

GOVERNOR OF PENNSYLVANIA; ATTORNEY GENERAL PENNSYLVANIA

*JAMES D. SCHNELLER,
                                    Appellant

(*Pursuant to Fed. R. App. P. 12(a))

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-13-cv-05641)
District Judge: Mary A. McLaughlin

Submitted for Possible Dismissal for Lack of Appellate Jurisdiction or
Pursuant to 28 U.S.C. § 1915(e)(2) or for
Possible Summary Action Pursuant to LAR 27.4 and I.O.P. 10.6
September 25, 2014
Before: AMBRO, CHAGARES and VANASKIE, Circuit Judges

## JUDGMENT

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted pursuant to 28 U.S.C.

Third Circuit LAR 34.1(a) on September 25, 2014. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered April 15, 2014, be and the same is hereby affirmed. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: October 14, 2014

Certified as a true copy and issued in lieu of a formal mandate on November 21, 2014

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**